UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,

    Plaintiff(s),

vs

M/Y *"OUT OF AFRICA"*, a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

    Defendant(s).

_____/

## CONSENT AND INDEMNIFICATION AGREEMENT
## FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiff and proposed Substitute Custodian RCI MARINE, INC. d/b/a MIAMI BEACH MARINA, hereby expressly release the U.S. Marshal for this district and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the M/Y *"OUT OF AFRICA"*, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all other fixtures and necessaries there unto appertaining and belonging to the vessel, *in rem*, while in the care, custody and control of RCI MARINE, INC. d/b/a MIAMI BEACH MARINA.

Plaintiff and proposed Substitute Custodian, RCI MARINE, INC. d/b/a MIAMI BEACH

MARINA, also expressly agree to hold the U.S. Marshal for this district and the U.S. Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned Attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement with, and on behalf of the Plaintiff.

DATED this May 12, 2014

RCI MARINE, INC. d/b/a
MIAMI BEACH MARINA

*[signature]*

Robert W. Christoph
President
MIAMI BEACH MARINA
300 Alton Road, Suite 303
Miami Beach, Florida 33139
(305)673-6000
(305)538-1780 (Fax)

/s/ Donald N. Jacobson, Esq.
DONALD N. JACOBSON, ESQ.
Fla. Bar No: 0844098
*Attorney for Plaintiff*
DONALD N. JACOBSON, P.A.
224 Datura St., Suite 211
West Palm Beach, Florida 33401
(561)835-8436, (561)835-4224 (Fax)
donald@dnjlaw.com