UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21676-CIV-LENARD/GOODMAN

"IN ADMIRALTY"

MIAMI BEACH MARINA
ASSOCIATES, LTD., et al.,

    Plaintiffs,

v.

M/Y "OUT OF AFRICA," her engines,
tackle, equipment, apparel, etc., *in rem*,

    Defendant.
_____/

### ORDER DIRECTING THE ISSUANCE
### OF THE WARRANT OF ARREST AND/OR SUMMONS

Pursuant to Federal Rule of Civil Procedure Supplemental Admiralty Rule C(1) and Local Admiralty Rule C(2)(a), the Clerk of the Court is directed to issue a warrant of arrest and/or summons in the above-styled action.

**DONE and ORDERED** in Chambers, in Miami, Florida, May 15, 2014.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Joan A. Lenard
All Counsel of Record