UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,

       Plaintiff(s),

vs

M/Y *"OUT OF AFRICA"*, a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

       Defendant(s).
_____/

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHALL
FOR THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

       The Verified Complaint in the above-styled *in rem* proceeding was filed in the Southern District, Miami Division of this Court on or about May 7, 2014.

       In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule (C), you are directed to arrest the Defendant vessel, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, and to

detain same in your custody pending further order of this Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DONE AND ORDERED in Chambers at Southern District, Miami Division, Florida, this 16 day of May, 2014.

**Steven M. Larimore**

As Clerk of the Court

By: _____
As Deputy Clerk

Donald N. Jacobson, Esq.
Florida Bar No: 0844098
*Attorney for Plaintiff*
Donald N. Jacobson, P.A.
224 Datura St., Suite 211
West Palm Beach, FL 33401
(561)835-8436
(561)835-4224 (Fax)
donald@dnjlaw.com

cc:  Counsel of Record
     U.S. Marshal Service

ORDER: Warrant to issue for delivery to U.S. Marshal not later than Noon of next business day following issuance.
☒ Not to be executed on legal holiday, weekend or after Noon or date preceding same.
☐ May be executed anytime or day.

_____
~~U.S. DISTRICT JUDGE~~
Jonathan Goodman
U.S. Magistrate Judge

**SPECIAL NOTICE**

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.