**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** MIAMI BEACH MARINA ASSOCIATES, LTD. d/b/a MIAMI BEACH MARINA and | **COURT CASE NUMBER** 1:14-cv-21676-JAL-Goodman |
| **DEFENDANT** M/Y "OUT OF AFRICA", 2002 Cruisers Yachts 5370 Express, 53' pleasure vessel, in rem | **TYPE OF PROCESS** Vessel Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y "OUT OF AFRICA", a 2002 Cruisers Yachts 5370 Express, 53' pleasure vessel, boats, engines, apparel, etc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Miami Beach Marina 300 Alton Road, Miami Beach, Florida 33139

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Donald N. Jacobson, P.A.
224 Datura St., Suite 211
West Palm Beach, FL 33401

FILED by ___ D.C.
JUN 02 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The vessel will remain where it is at Miami Beach Marina 300 Alton Road, Miami Beach, Florida 33139 as they are the Plaintiff and Substitute Custodian, they can be reached at:
    Marieke van Peer (Marina Manager) Office 305-673-6000 or cell at 786-210-1160
    *George*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 561-835-8436
DATE: 5/27/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 04 | No. 04 | Yuliana Soto  786-433-6348 | 5/28/14 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5-29-14
Time: 10:00 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Vessel arrested per court order 05-29-2014

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80