UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL-GOODMAN

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,

 Plaintiff(s),

vs.

M/Y *"OUT OF AFRICA"*, a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

 Defendant(s).
_____/

**NOTICE OF ACTION IN REM AND ARREST OF VESSEL**

  In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Actions of the Federal Rules of Civil Procedure and Local Admiralty Rule (C)(4), notice is hereby given of the arrest of the M/Y *"OUT OF AFRICA"*, a 2002 Cruisers Yachts 5370 Express, 53' pleasure vessel,, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, in accordance with a Warrant of Arrest issued on May 16, 2014.

  Pursuant to Supplemental Rule (C)(6) and Local Admiralty Rule (C)(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days

after process has been effective, and shall file an answer within twenty (20) days from the date of filing their claim.

DATED this June 3, 2014.

   /s/ Donald N. Jacobson, Esq.
DONALD N. JACOBSON, ESQ.
Fla. Bar No: 0844098
*Attorney for Plaintiff*
DONALD N. JACOBSON, P.A.
224 Datura St., Suite 211
West Palm Beach, FL 33401
(561)835-8436, (561)835-4224 (Fax)
Primary: donald@dnjlaw.com