UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL-GOODMAN

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,

    Plaintiff(s),
vs

M/Y *"OUT OF AFRICA"*, a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

    Defendant(s).
_____/

## DOCUMENT LIST OF SERVICE TO OWNER

**I hereby certify** that a true and correct copy of the below listed documents were served by U.S. Mail on June 13, 2014 on the owner of Defendant vessel at:

7638 Meadow Hill Dr., Frisco, TX 75034

| Doc | Description |
|---|---|
| Doc 1 | Verified Complaint |
| Doc 1-1 | Exhibit A, Agreement |
| Doc 1-2 | Exhibit B, Statement |
| Doc 2 | Judge Assignment |
| Doc 3 | Motion Issue Warrant |
| Doc 4 | Order Referring Case to Magistrate |
| Doc 5 | Motion Appointment Sub Custodian |
| Doc 5-1 | Affidavit Sub Custodian |
| Doc 6 | Consent & Indemnification Agreement |
| Doc 7 | Order Issue Warrant |
| Doc 8 | Order Appointing Sub Custodian |

| | |
|---|---|
| Doc 9 | Warrant for Arrest |
| Doc 10 | Return Service US Marshals Service |
| Doc 11 | Notice of Action |

Respectfully submitted June 13, 2014.

  /s/ Donald N. Jacobson, Esq.
DONALD N. JACOBSON, ESQ.
Fla. Bar No: 0844098
*Attorney for Plaintiff*
DONALD N. JACOBSON, P.A.
224 Datura St., Suite 211
West Palm Beach, FL 33401
(561)835-8436, (561)835-4224 (Fax)
Primary: donald@dnjlaw.com