UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,
Plaintiff(s),

vs

M/Y *"OUT OF AFRICA"*, a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

Defendant(s).
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST IN REM DEFENDANT M/V *"OUT OF AFRICA"*

PLAINTIFF, MIAMI BEACH MARINA ASSOCIATES, LTD. d/b/a MIAMI BEACH MARINA and RCI MARINE, INC. d/b/a MIAMI BEACH MARINA, requests entry of a Default against Defendant, M/Y *"OUT OF AFRICA"*, a 2002 Cruisers Yachts 5370 Express, 53' pleasure vessel,, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel, in accordance with a Warrant of Arrest issued on May 16, 2014, see Process Receipt and Return. Supplemental Admiralty and Maritime Rule C(6)(a) requires a Verified Claim of Interest containing a description of the person's interest in the vessel to be filed with the Court within 14 days, then that person has 21 days to file as Answer for the vessel. In this case, no one has filed a Verified Claim of Interest in the M/Y *"OUT OF AFRICA*. Also pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and as fully appears from the Court file herein the *in rem* Defendant, M/Y *"OUT OF AFRICA"*, is in default for failure to plead or otherwise defend as required by law.

/s/ Donald N. Jacobson, Esq.
DONALD N. JACOBSON, ESQ.
Fla. Bar No: 0844098
*Attorney for Plaintiff*
DONALD N. JACOBSON, P.A.
224 Datura St., Suite 211

West P alm Beach, FL 33401<br>
(561)835-8436, (561)835-4224 (Fax)<br>
donald@dnjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Donald N. Jacobson, Esq.<br>
DONALD N. JACOBSON, ESQ.<br>
Fla. Bar No: 0844098<br>
*Attorney for the Plaintiff*<br>
DONALD N. JACOBSON, P.A.<br>
224 Datura St., Suite 211<br>
West P alm Beach, FL 33401<br>
(561)835-8436, (561)835-4224 (Fax)<br>
donald@dnjlaw.com<br>
Parties receiving by Mail:<br>
Owner: Jeffrey M. Albright<br>
M/Y *"OUT OF AFRICA*<br>
PO Box 1367<br>
Brick, NJ 08723

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CASE NO: 1:14-cv-21676-JAL

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH
MARINA,
Plaintiff(s),

vs

M/Y "OUT OF AFRICA", a 2002
Cruisers Yachts 5370 Express, 53' pleasure
vessel, her boats, engines, tackle, equipment,
apparel, furnishings, freights, appurtenances,
and all fixtures and other necessaries there
unto appertaining and belonging to the
vessel, *in rem*.

Defendant(s).
_____/

## CLERK'S DEFAULT AGAINST THE *IN REM* DEFENDANT, M/Y "OUT OF AFRICA"

It appearing that the *in rem* Defendant, M/Y "*OUT OF AFRICA*", herein is in default for failure to appear, answer or otherwise plead to the Verified Complaint filed herein within the time required by law, default is hereby entered against the *in rem* Defendant, M/Y "*OUT OF AFRICA*", as of course.

WITNESS my hand and seal of said Court on _____ 2014.

AS CLERK OF COURT

Court Seal
As Deputy Clerk

Copies furnished to:
Honorable Federal Judge
Donald N. Jacobson, Esq. for Plaintiff