UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Miami Beach Marina Associates, Ltd., RCI   CASE NO. 1:14cv21676-JAL
Marine, Inc.,

    Plaintiff(s),

v.

M/Y "Out of Africa

    Defendant(s).
_____/

```
FILED by _____ D.C.
Aug 1, 2014
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

It appearing that the defendant(s) herein, **M/Y "Out of Africa,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) M/Y "Out of Africa, as of course, on this date August 1, 2014.

                                **STEVEN M. LARIMORE**
                                CLERK OF COURT


                                By: s/ Tamisha Powell
                                    Deputy Clerk

cc:    Hon. Joan A. Lenard
       Counsel of Record
       M/Y"Out of Africa