UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:14-cv-21676-LENARD

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH MARINA,

    Plaintiffs,

vs.

*M/Y OUT OF AFRICA,* a 2002 Cruisers Yachts
5370 Express, 53' pleasure vessel, her boats, engines, tackle,
equipment, apparel, furnishings, freights, appurtenances, and
all fixtures and other necessaries there unto appertaining and
belonging to the vessel, *in rem*.

    Defendant.

_____/

KEYBANK NATIONAL ASSOCIATION

    Intervening Plaintiff,

vs.

*M/Y OUT OF AFRICA,* a 2002 Express model 53-foot
Cruisers Yachts motor yacht bearing Hull
Identification Number CRSZ3D01K002, which is also
documented with the United States Coast Guard
as Official Number 1125738, her engines, tackle,
equipment, apparel, furnishings, tenders, boats and
appurtenances, *in rem*.

    Defendant.

_____/

KEYBANK NATIONAL ASSOCIATION

    Cross-Plaintiff,

vs.

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH MARINA,

    Cross-Defendants.
_____/

KEYBANK NATIONAL ASSOCIATION,

    Third Party Plaintiff,

vs.

NANCY VAN ROOYEN and REINIER VAN ROOYEN,

    Third Party Defendants.
_____/

## INTERVENING PLAINTIFF, KEYBANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

    Intervening Plaintiff, KeyBank National Association, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby provides its Corporate Disclosure Statement and Certificate of Interested Persons and states:

    1.    KeyCorp is the parent holding company for Intervening Plaintiff, KeyBank National Association. KeyCorp is a publicly-traded corporation listed on the NYSE Euronext Stock Exchange and is traded under the symbol "KEY."

    2.    The persons having an interest in this action are:

        a.    KeyBank National Association. KeyBank is the Intervening Plaintiff who holds a preferred ship mortgage against the *in rem* Defendant, *M/Y Out of*

*Africa*. KeyBank is also the Third Party Plaintiff with *in personam* claims against Third Party Defendants, Nancy and Reinier Van Rooyen, for breach of a consumer note and security agreement. Finally, KeyBank is also the Cross-Claimant that is asking the Court for a declaratory judgment against Plaintiff/Cross-Defendant, Miami Beach Marina, regarding the priorities of the parties' maritime lien claims and to resolve a conflict over the Bank's obligation, if any, regarding *custodia legis* expenses that accrued prior to the Bank being given actual notice of this suit;

b. Nancy Van Rooyen. Mrs. Van Rooyen is the owner of *M/Y Out of Africa*. She is also the borrower and maker of the Consumer Note and Security Agreement that is at issue in this action. KeyBank filed a Third Party Complaint against Mrs. Van Rooyen to obtain a judgment against her *in personam* for damages and expenses, including attorneys' fees and *custodia legis*;

c. Reinier Van Rooyen. Mr. Van Rooyen is the guarantor and co-maker of the Consumer Note and Security Agreement at issue in this action. KeyBank filed a Third Party Complaint against Mr. Van Rooyen to obtain a judgment against him for damages and expenses, including attorney's fees and *custodia legis*;

d. Miami Beach Marina Associates, Ltd. d/b/a Miami Beach Marina and RCI Marine, Inc. d/b/a Miami Beach Marina hereinafter collectively referred to as "Miami Beach Marina". Miami Beach Marina is the Plaintiff in this

        action and seeks to foreclose an alleged maritime lien for *necessaries* provided to the Vessel.  Miami Beach Marina is also a Cross-Defendant in this action as it relates to KeyBank's claim for declaratory judgment.  Finally, Miami Beach Marina is also the current court appointed substitute custodian charged with taking care of the Vessel during the litigation.

    e.    (Potentially) National Maritime Services, Inc.  KeyBank will file a motion with the Court asking it to appoint National Maritime Services, Inc. as the new court appointed substitute custodian to take over the care taking responsibilities for the Vessel during the duration of the litigation.  KeyBank can obtain custodial services at lower rates with National Maritime than Miami Beach Marina's rates.  Further, KeyBank believes Miami Beach Marina has a conflict of interest between its role as a subordinate lien holder and as the court appointed substitute custodian.

    f.    Adam M. Ludwin.  He is counsel for the Plaintiffs.

    g.    Farris J. Martin, III ("Trey Martin").  He is counsel for Intervening Plaintiff, KeyBank N.A.

    h.    James W. Stroup.  He is co-counsel for Intervening Plaintiff, KeyBank N.A.

3.    KeyBank filed a copy of the U.S. Coast Guard's Abstract of Title for the *M/Y Out of Africa* dated July 7, 2014, which shows KeyBank is the only record lien holder against the Vessel.  See Exhibit "C" to the Verified Intervening Complaint (DE 17-3).  Since the U.S. Marshal seized the Vessel on May 29, 2014, it is not possible for any maritime liens to accrue

after May 29th because the Court's seizure of the Vessel altered its status such no maritime liens can accrue from that point onward. See *New York Dock Co. v. SS Poznan,* 274 U.S. 117 (1927).

DATED: August 18, 2014.

> STROUP & MARTIN, P.A.
> Attorneys for Intervening and Third Party Plaintiff
> KeyBank National Association
> 119 Southeast 12th Street
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-8808
> Facsimile:  (954) 462-0278
> fmartin@strouplaw.com
>
> By: */s/ Farris J. Martin, III*
>     FARRIS J. MARTIN, III
>     Florida Bar No. 0879916

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 18TH day of August, 2014 with electronic notice being served this day upon: Adam M. Ludwin, Esq., Ludwin Law Group, P.A., Counsel for Plaintiff/Cross-Defendant, Miami Beach Marina, 1054 W. Shore Dr., West Palm Beach, FL.  33406.

> STROUP & MARTIN, P.A.
> Attorneys for Intervening and Third Party
> Plaintiff, KeyBank National Association
> 119 Southeast 12th Street
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-8808
> Facsimile: (954) 462-0278
> Email:  fmartin@strouplaw.com
>
> By: */s/ Farris J. Martin, III*
>     FARRIS J. MARTIN, III
>     Florida Bar No.: 0879916