UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:14-cv-21676-LENARD

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH MARINA,

      Plaintiffs,

vs.

*M/Y OUT OF AFRICA,* a 2002 Cruisers Yachts
5370 Express, 53' pleasure vessel, her boats, engines, tackle,
equipment, apparel, furnishings, freights, appurtenances, and
all fixtures and other necessaries there unto appertaining and
belonging to the vessel, *in rem*.

      Defendant.
_____/

KEYBANK NATIONAL ASSOCIATION

      Intervening Plaintiff,

vs.

*M/Y OUT OF AFRICA,* a 2002 Express model 53-foot
Cruisers Yachts motor yacht bearing Hull
Identification Number CRSZ3D01K002, which is also
documented with the United States Coast Guard
as Official Number 1125738, her engines, tackle,
equipment, apparel, furnishings, tenders, boats and
appurtenances, *in rem*.

      Defendant.
_____/

KEYBANK NATIONAL ASSOCIATION

 Cross-Plaintiff,

vs.

MIAMI BEACH MARINA ASSOCIATES,
LTD. d/b/a MIAMI BEACH MARINA and
RCI MARINE, INC. d/b/a MIAMI BEACH MARINA,

 Cross-Defendants.
_____/

KEYBANK NATIONAL ASSOCIATION,

 Third Party Plaintiff,

vs.

NANCY VAN ROOYEN and REINIER VAN ROOYEN,

 Third Party Defendants.
_____/

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A NEW SUBSTITUTE CUSTODIAN FOR THE *M/Y ISLAND CLAN*

 Intervening Plaintiff, KeyBank National Association (hereinafter "KeyBank" or "Bank"), and the proposed new Substitute Custodian, National Maritime Services, Inc., hereby expressly release the U.S. Marshal for this district, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the *M/Y Out of Africa*, a 2003 Express model 53-foot Cruisers Yachts motor yacht, bearing Hull Identification Number CRSZ3D01K002, United States Coast Guard as Official Number 1125738, while in the care, custody and control of National Maritime Services, Inc.

 Intervening Plaintiff, KeyBank, and the new Substitute Custodian, National Maritime Services, Inc., also expressly agree to hold the U.S. Marshal for this district, and the U.S.

Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

Farris J. Martin, III, as the attorney-in-fact for KeyBank, signs this Consent and Indemnification Agreement for and on behalf of the Bank on the grounds that the Bank's representative is not located within this district.

SIGNED this ~~18th~~ 28th day of August, 2014.

| INTERVENING PLAINTIFF | SUBSTITUTE CUSTODIAN: |
|---|---|
| KeyBank National Association | National Maritime Services, Inc. |
| Stroup & Martin, P.A., as agent for the disclosed principal - KeyBank N.A. | 1915 S.W. 21 Avenue |
| 119 S.E. 12th Street | Fort Lauderdale, Florida 33312 |
| Fort Lauderdale, Florida 33316 | |

By: *Farris J. Martin III* (signature)
Farris J. Martin, III, as the attorney-in-fact and authorized agent for Intervening Plaintiff, KeyBank N.A.

By: *Bill O'Dell* (signature)
BILL O'DELL
Vice President of Operations

3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 28TH day of August, 2014 with electronic notice being served this day upon: Adam M. Ludwin, Esq., Ludwin Law Group, P.A., Counsel for Plaintiff/Cross-Defendant, Miami Beach Marina, 1054 W. Shore Dr., West Palm Beach, FL. 33406.

By: _/s/ Farris J. Martin, III_
FARRIS J. MARTIN, III
Florida Bar No.: 0879916